Case 5:26-cv-00161  Document 12  Filed 02/24/26 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **LUIS ANGEL LOPEZ RODRIGUEZ,** § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> **U.S. IMMIGRATION AND CUSTOMS** § <br> **ENFORCEMENT (ICE),** *et al.*, § <br> § <br> Respondents. § | **CIVIL ACTION NO. 5:26-CV-00161** |

# ORDER

Pending before the Court is Petitioner Luis Angel Lopez Rodriguez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

In order to appropriately decide Petitioner's claims before the Court, Respondents are **ORDERED** to inform the Court whether the Petitioner has filed an appeal to the Board of Immigration Appeals (BIA) and currently has an appeal pending or whether Petitioner's removal order has been converted into a final order of removal. No later than **February 26, 2026, at 5:00 P.M. Central Standard Time (CST)**, the Respondents shall provide the Court with a status update of Petitioner's immigration proceedings.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by any receipted means to the following addresses:

    **13903 Luthian Dr.**
    **Pflugerville, TX 78660**

Luis Angel Lopez Rodriguez
A # 246-081-036
La Salle County Regional Detention Center
832 E. Highway 44
Encinal, Texas

IT IS SO ORDERED.

SIGNED this February 24, 2026.

_____
Diana Saldaña
United States District Judge