UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LUIS ANGEL LOPEZ RODRIGUEZ,** | § § § § | |
| Petitioner, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. 5:26-CV-00161 |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),** *et al.*, | | |
| Respondents. | | |

## ORDER

Pending before the Court is Petitioner Luis Angel Lopez Rodriguez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Based on the record currently before the Court, an order for removal was issued against Petitioner on January 21, 2026, and Petitioner has not filed an administrative appeal of that removal order or a motion to reopen removal proceedings. (*See* Dkt. 14.)

Given this, the Court requests Petitioner to inform the Court whether he has filed an administrative appeal or a motion to reopen by **March 16, 2026**. If the Court does not receive a response, the Court may not have enough information to decide how to proceed.

The Court asks Petitioner to provide answers to the below questions:

1. Has Petitioner filed an administrative appeal with the Board of Immigration Appeals? If yes, please provide the date and whether the BIA has said they have received the appeal.

2. Has Petitioner filed a motion to reopen his immigration proceedings? If yes, please provide the date the motion was filed.

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**13903 Luthian Dr.**
**Pflugerville, TX 78660**

**Luis Angel Lopez Rodriguez**
**A # 246-081-036**
**La Salle County Regional Detention Center**
**832 E. Highway 44**
**Encinal, Texas**

IT IS SO ORDERED.

SIGNED this March 2, 2026.

Diana Saldaña
United States District Judge